145 A.3d 1135

**Zaimah AZIZ, Petitioner**

v.

**CITY OF PHILADELPHIA and Marom Investment LLC, Respondents.**

**No. 110 EM 2016.**

Supreme Court of Pennsylvania.

Sept. 1, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of September, 2016, the "Kings [sic] Bench Matter" is **DENIED.**